IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | * |
| ROSA IVETTE SANTOS CUADRADO | * CASE NO. 12-08295/BKT |
| Debtor(s) | * CHAPTER 7 |
| DLJ MORTGAGE CAPITAL INC., SERVICED BY SELECT PORTFOLIO SERVICING, INC | * INDEX |
| | * |
| Movant | * |
| ROSA IVETTE SANTOS CUADRADO | * |
| ROBERTO ROMAN VALENTIN | * |
| Respondent(s) | |

**DEBTOR'S RESPONSE TO *MOTION FOR RELIEF OF STAY UNDER 11 USC 362 (d)* DOCKET NO. 48**

TO THE HONORABLE COURT:

**NOW COMES, ROSA IVETTE SANTOS CUADRADO,** debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. On May 3, 2017, DLJ Mortgage Capital Inc., c/o Select Portfolio Servicing, Inc., ("SPS"), filed a motion for relief from stay in the present bankruptcy case, docket no. 48, basically alleging that the debtor is arrears in the post-petition arrears in the mortgage loan payments to said creditor.

2. That the present case was originally filed as a Chapter 13 case, and on April 12, 2017, the same was converted to a case under Chapter 7, pursuant to Order, docket entry #39, terminating the services of Trustee Alejandro Oliveras Rivera, and appointing Roberto Roman Valentin, Esq., as the Chapter 7 Trustee, in the above captioned case.

Page – 2 –
Debtor's Response to §362 Motion
Case no. 12-08295/BKT7

3. The debtor respectfully submits that she is hereby consenting to the lift of stay in favor of SPS to allow the debtor to meet with movant and request/apply for a loan modification directly with SPS.

4. Therefore, the debtor hereby consents to the lifting of the automatic stay in favor of SPS. In the event the parties do not reach an agreement as to the modification/refinancing of SPS mortgage loan, the debtor does not waive her right to be discharged of any personal liability regarding any deficiency claim that may result from an *IN REM* foreclosure action that could pursue SPS in order to foreclose on its collateral. 11 U.S.C. Section 727(b); 11 U.S.C. Section 524(a).

**WHEREFORE**, debtor respectfully requests from this Honorable Court to grant the present motion consenting to Select Portfolio's request for the lift of stay in the above captioned Index.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system, which will send notification of same to: the Chapter 7 Trustee, Roberto Roman Valentin, Esq.; Natalia M. Batista Vazquez, Esq., Counsel for Vazquez & Vizcarrondo LLP, Attorneys for DLJ Mortgage Capital; I also certify that a copy of this motion was sent via regular mail to the debtor/respondent Rosa Ivette Santos Cuadrado, Treasure Valley, H20 Las Americas Ave, Cidra, PR 00739.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 25th day of May, 2017.

/s/Roberto Figueroa Carrasquillo
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR DEBTOR/RESPONDENT
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX NO 787-746-5294
Email: rfigueroa@rfclawpr.com